# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 06-222 |
| | : | |
| MICAH SOLOMON, | : | CIVIL ACTION |
|    Defendant. | : | |
| | | NO. 09-924 |

## Order

**AND NOW** this 6th day of August 2009, upon consideration of defendant Micah Solomon's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. No. 202), the United States's response, and defendant's reply thereto, **IT IS HEREBY ORDERED** that:

1. The parties are directed to submit supplemental briefing concerning the <u>limited issues of restitution and forfeiture</u>, specifically addressing how the United States calculated the amounts of restitution and forfeiture, the amounts credited to each, and the impact of these calculations on the collateral attack waiver contained in defendant's guilty plea agreement.

2. The United States shall have twenty (20) days from the date of this order to file a brief in support of its position.

3. Defendant Solomon, if still wishing to contest this issue, shall respond to the government's brief within twenty (20) days thereafter.

4. The balance of defendant's motion, that is, all portions not related to restitution or forfeiture, is **DENIED**.

<u>s/ William H. Yohn Jr., Judge</u>
William H. Yohn Jr., Judge
